# Court of Appeals
# of the State of Georgia

ATLANTA,   January 09, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0543. ATWOOD v. WILLOWICK CONDOMINIUM ASSOCIATION, INC.

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 22 (a) and 23 (a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed (October 30, 2014), and the time for filing was not extended upon motion for good cause shown. Pursuant to Court of Appeals Rules 23 (a), "Failure to file a brief containing an enumeration of errors within twenty days after the appeal was docketed, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal[.]" See also Court of Appeals Rules 7 ("Breach of any rule of the Court of Appeals . . . may subject the appeal to dismissal[.]"), 13 (" Failure of counsel to receive the docketing notice shall not relieve counsel of the responsibility to file briefs timely."). Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*      01/09/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*